**[Dbktransmittalnoa]** [TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                  Case No.  6:15-bk-03448-KSJ

Orlando Gateway Partners, LLC

Name of Debtor                                          Chapter 7

                                                        Civil Case No. 6:16-cv-2044-Orl-40

_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this bankruptcy proceeding.

Notice of Appeal filed by Nilhan Financial LLC on November 18, 2016 (Doc. No. 463    )
Title of the order appealed is Order Approving Joint Motion to Approve Compromise or Settlement Agreement Pursuant to Rule 9019 (Doc. No 439) entered on November 07, 2016.

The party or parties included in the appeal to the District Court are:

APPELLANT: Nilhan Financial LLC

        ATTORNEY: Brian A. McDowell, Esq.
                   Robert W. Davis, Jr. Esq
                   200 S Orange Ave., Ste 2600
                   Orlando, FL 32801
                   407-425-8500

APPELLEE: Good Gateway, LLC

        ATTORNEY: R. Scott Shuker, Esq.
                   Mariane L. Dorris, Esq.
                   111 North Magnolia Ave. Suite 1400
                   Orlando, FL 32801
                   407-481-5800

APPELLEE: SEG Gateway, LLC

      ATTORNEY: R. Scott Shuker, Esq.
                Mariane L. Dorris, Esq.
                111 North Magnolia Ave. Suite 1400
                Orlando, FL 32801
                407-481-5800

APPELLEE: Emerson C. Noble. as Chapter 7 Trustee

      ATTORNEY: Jules S Cohen, Esq.
                Esther McKean, Esq
                PO Office Box 231
                Orlando, FL 32802-0231
                407-848-7860

ADDITIONAL PARTIES IN INTEREST INCLUDE:

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

- Notice of Appeal

  The debtor's county of residence is <u>Orange</u> , Florida.

DATED on <u> November 28, 2016 </u>.

                      FOR THE COURT
                      Lee Ann Bennett, Clerk of Court
                      Sam M. Gibbons United States Courthouse
                      801 North Florida Avenue, Suite 555
                      Tampa, FL 33602